IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                          PLAINTIFF

v.                   NO. 4:04CR00274-01 JLH

ALVIN CLAY                                   DEFENDANT

**JUDGMENT**

Pursuant to the Opinion and Order entered separately today, the petition of Alvin Clay for relief pursuant to 28 U.S.C. § 2255 is denied. A certificate of appealability is granted on Clay's claim that his conviction was obtained by perjury but not on his *Santos* claims.

IT IS SO ORDERED this 16th day of July, 2012.

*/s/ J. Leon Holmes*

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE